**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CARLOS LOPEZ-CATHATI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-868-KC** |
| | § | |
| **U.S. IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| **Respondent.** | § | |

## <u>ORDER</u>

On this day, the Court considered Carlos Lopez-Cathati's Petition for a Writ of Habeas Corpus, ECF No. 1. Lopez-Cathati is subject to a final order of removal, and he asked that the Court order his release, arguing that his detention was unlawful. *Id.* ¶¶ 13–15.

Respondents now inform the Court that Lopez-Cathati was removed on April 6, 2026. Resp. 1, ECF No. 5; *see id.* Ex A ("Warrant of Removal/Deportation"), ECF No. 5-1. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Lopez-Cathati has been removed, the Petition is now moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that the Motion to Appoint Counsel, ECF No. 2, is **DENIED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 9th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE